IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

**CASE NO.: 16-cv-81833**

DENISE PAYNE, individually,                )
                                                                      )
    Plaintiff,                                       )
                                                                      )
v.                                                                  )
                                                                      )
GULFSTREAM GOODWILL                  )
INDUSTRIES, INC.                               )
                                                                      )
    Defendant.                                    )
_____)

**VOLUNTARY DISMISSAL WITH PREJUDICE
AND RETENTION OF JURISDICTION**

Plaintiff, DENISE PAYNE, by and through the undersigned counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Parties' Confidential Settlement Agreement and Release ("**Agreement**"), hereby voluntarily dismisses this action with prejudice as to Defendant, GULFSTREAM GOODWILL INDUSTRIES, INC, and in support thereof states as follows:

1. This case has been amicably settled and an Agreement has been executed by all Plaintiff, DENISE PAYNE, and Defendant, GULFSTREAM GOODWILL INDUSTRIES, INC.

2. Plaintiff requests that the Court enter an Order of Dismissal with Prejudice as to Defendant, GULFSTREAM GOODWILL INDUSTRIES, INC.

3. The effectiveness of this Dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the Agreement reached in this case. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

Dated: December 18, 2017                                Respectfully submitted,

                                                        By:     s/ Ayesa N. Conger
                                                        Ayesa N. Conger, Esq.
                                                        Fla Bar. No.: 100955
                                                        **FEDERAL LEGAL ADVOCATES**
                                                        *Counsel for the Plaintiff*
                                                        4300 Biscayne Boulevard, Suite 305
                                                        Miami, Florida 33137
                                                        Telephone:    (305) 717-7530
                                                        Facsimile:    (305) 717-7539
                                                        Primary e-mail: aconger@jltrial.com
                                                        Secondary e-mail: service.fda@jltrial.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 18, 2017, a true and correct copy of the foregoing was served via CM/ECF to all parties.

                                                        By:     s/ Ayesa N. Conger
                                                             Ayesa N. Conger, Esq.
                                                             Fla Bar. No.: 100955