UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81833-CIV-ZLOCH

DENISE PAYNE,

    Plaintiff,

vs.                                    **FINAL ORDER OF DISMISSAL**

GULFSTREAM GOODWILL INDUSTRIES,
INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiff Denise Payne's Voluntary Dismissal With Prejudice And Retention Of Jurisdiction (DE 50), which the Court previously construed as a Motion To Dismiss. See DE 51. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    By the instant Motion (DE 50), as the Court noted by prior Order (DE 51), Plaintiff informs the Court that the Parties have settled the above-styled cause. See DE 50. The Court construed Plaintiff's Voluntary Dismissal as a Motion and permitted Defendant until January 5, 2018, in which to respond. Defendant has duly filed its Response (DE 52), stating that Defendant stipulates to dismissal with prejudice and the Court's retention of jurisdiction for the purpose of enforcing the terms of the Settlement Agreement.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff Denise Payne's Voluntary Dismissal With Prejudice And Retention Of Jurisdiction (DE 50), which the Court previously

construed as a Motion To Dismiss be and the same is hereby **GRANTED**;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot; and

    4. The Court reserves jurisdiction solely for the purpose of enforcing the terms of the Parties' settlement agreement.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___9th___ day of January, 2018.

                                                WILLIAM J. ZLOCH
                                                Sr. United States District Judge

Copies furnished:

All Counsel of Record